UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

STANES-JACQUES,

Petitioner,

v.

FEDERAL BUREAU OF PRISONS,

Respondent .

Civil File No. 00-41 (JRT/FLN)

**ORDER**

Petitioner, a prisoner at the Federal Correctional Institution, Waseca, Minnesota, commenced this action on September 15, 1999, by filing a self-styled habeas corpus petition in the U.S. District Court for the District of Columbia. (Docket No. 1.) That Court reviewed the petition and concluded that it should be transferred to the District of Minnesota, because Petitioner is presently confined within this state. ("Transfer Order" dated November 1, 1999; Docket No. 5.) The file was received in this District on or about January 10, 2000, and the matter is now before this Court.

Petitioner apparently is claiming that Respondent, the Federal Bureau of Prisons, has committed some error in determining the length of his sentence and/or the date when he should be released from federal custody. His pleading will therefore be construed as an application for habeas corpus relief under 28 U.S.C. § 2241.

The Respondent is directed to prepare a written response to the petition within 20 days from the date of this order, certifying the proper duration of Petitioner's confinement, and showing cause why the writ should not be granted.

FILED JAN 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the proper duration of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position and recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in the light of the requirements of relevant statutes and other pertinent authority; and

3. Certified copies of (a) all documents from Petitioner's prior state and/or federal criminal proceedings, and (b) Petitioner's prison records, which may be germane to the issues raised by the petition.

Absent compliance with this order within the 20 day time period, the Court will entertain a motion to grant the relief prayed for in said petition.

Finally, the Court notes that Petitioner has also filed an "Application to Proceed Without Prepayment of Fees and Affidavit," seeking leave to proceed in forma pauperis, ("IFP"), pursuant to 28 U.S.C. § 1915(a). (Docket No. 2.) Petitioner's request for IFP status will be granted, and he will therefore be excused from paying any filing fee for this action.

Based on the foregoing, and on all of the premises and proceedings of record,

IT IS HEREBY ORDERED that:

1. Respondent is directed to file a return as described herein, within 20 days after the date of this order; and

2. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is GRANTED.

Dated: January 27, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge