UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-41 JRT/FLN

| | | |
|---|---|---|
| STANES-JACQUES, Plaintiff, | ) | ORDER |
| v. | ) | |
| FEDERAL BUREAU OF PRISONS, Defendant. | ) | |

The United States motion for an extension to file an answer to the petition for a writ of habeas corpus is hereby granted. The government will have until March 28, 2000, to file an answer.

Dated: March 8, 2000

Franklin L. Noel
U.S. Magistrate Judge

FILED MAR 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________