# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stanes-Jacques

Case No. Civil 00-41JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Federal Bureau of Prisons

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Stanes Jacques' petition for writ of habeas corpus is DENIED AS MOOT.

DATE: July 5, 2000

FRANCIS E. DOSAL, CLERK

________________________________

Denise La Fond, Deputy Clerk